UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TRAVIS DILLON LAWRENCE, DAVID
WASHINGTON, TRISTAIN STOTTS,
LAKHRAJ MANOHAR, DEANGELO
SLAUGHTER, and QUNEY WALTON                                              PLAINTIFFS

v.                                    No. 3:16-cv-34-DPM

MATT HALL, Jail Administrator,
Craighead County Jail; and CRAIGHEAD
COUNTY JAIL, Administration                                              DEFENDANTS

ORDER

1. Lawrence, Washington, Stotts, Slaughter, and Walton haven't paid the filing fee or filed separate applications to proceed *in forma pauperis*. The time to do so has passed. № 2. Their claims will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

2. Manohar's application to proceed *in forma pauperis*, № 9, is denied because he's a three-striker. Before filing this lawsuit, Manohar had at least three cases dismissed for failing to state a claim. *E.g., Manohar v. Arkansas*, No. 3:14-cv-218-BSM; *Manohar v. Lyles*, No. 3:14-cv-240-JM; *Manohar v. Hall*, No. 3:14-cv-246-JM. And nothing in his new complaint suggests that he's currently in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). Manohar's claims will therefore be dismissed without prejudice. If

he wants to pursue his claims, he must pay the $400 filing and administrative fees and file a motion to reopen by 14 April 2016.

3. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 March 2016