UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TRAVIS DILLON LAWRENCE, DAVID
WASHINGTON, TRISTAIN STOTTS,
LAKHRAJ MANOHAR, DEANGELO
SLAUGHTER, and QUNEY WALTON                                PLAINTIFFS

v.                        No. 3:16-cv-34-DPM

MATT HALL, Jail Administrator,
Craighead County Jail; and CRAIGHEAD
COUNTY JAIL, Administration                                DEFENDANTS

JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 March 2016